FILED:  December 29, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-15
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number III under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk