**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 7, 2021

_____

RESPONSE REQUESTED
_____

No. 20-15,    <u>US v. Corey Johnson</u>
3:92-cr-00068-DJN-2

TO:    United States of America

RESPONSE DUE: **01/11/2021 by 12:00 p.m.**

Response is required to the motion for stay of execution on or before 01/11/2021 by 12:00 p.m.

Emily Borneisen, Deputy Clerk
804-916-2704