IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | No. 20-15 |
| v. | ) | |
| | ) | |
| COREY JOHNSON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**United States' Motion to Expedite Stay Litigation**

The United States respectfully requests that, under Local Rule 12(c), this Court expedite briefing and a decision on defendant Corey Johnson's motion to stay his execution, which is scheduled for January 14, 2021.

After a jury found that defendant murdered eight people, the jury returned seven death sentences for defendant approximately 27 years ago. Defendant filed today with this Court a motion to stay his execution that is scheduled to occur in one week, relying on his appeal of the district court's denial of his motion for a sentence reduction under § 404 of the First Step Act. The district court denied defendant's § 404 motion on November 19, 2020, and the United States filed on November 20, 2020, a notice of the defendant's execution date. Defendant did not seek to expedite the briefing schedule in this appeal. This Court inquired of

1

counsel on December 29, 2020, what, if any, documents counsel plan to file on appeal in advance of defendant's scheduled execution. But defendant did not file until today a motion for a stay, and he never sought a stay from the district court.[1]

The Supreme Court has emphasized that last-minute stays or injunctions of federal executions "'should be the extreme exception, not the norm.'" *Barr v. Lee*, 140 S. Ct. 2590, 2591 (2020) (quoting *Bucklew v. Precythe*, 139 S. Ct. 1112, 1134 (2019)). Defendant's failure to seek a stay in the district court and his failure to act promptly in seeking a stay from this Court create exactly the kinds of last-minute delays that the Supreme Court has criticized.

Under the current briefing order, the United States must respond to defendant's stay request by noon on Monday, January 11, 2021. In an effort to expedite consideration of defendant's motion, the United States intends to file its response no later than 5:00 pm on Friday, January 8, 2021, and respectfully requests that this Court order that any reply be filed by 5:00 pm on Saturday, January 9, 2021. The United States also respectfully requests that this Court rule by some time on Monday, January 11, 2021. The United States makes this request so that, if either party seeks review in the United States Supreme Court, the party seeking review will be able to prepare legal filings and permit the Supreme Court

---

[1] Under Fed. R. App. P. 8(a)(1), "A party must ordinarily move first in the district court" for a stay of a judgment. If a party does not seek a stay in the district court, then a party must "show that moving first in the district court would be impracticable." Fed. R. App. P. 8(a)(2)(A)(i).

at least some time to consider those filings before the scheduled execution date. The proposed schedule for briefing and decision is commensurate with schedules that have been imposed by other courts considering execution-related challenges filed so close to the scheduled execution date.

Defendant has also indicated that he may file other stay motions in other appeals that he has filed or is filing before this Court. *See, e.g.,* Nos. 20-8 and 21-1. The United States respectfully requests that this Court order that any additional stay motions be filed by 5:00 pm on Friday, January 8, 2021, so that the United States may promptly respond, this Court may promptly rule, and the Supreme Court may consider any further claims. Should defendant file additional stay motions by 5:00 pm on January 8, 2021, the United States would propose that its responses be due by Sunday, January 10, 2021, at 5:00 pm, that any replies be due by Monday, January 11, 2021, at 5:00 pm, and that this Court rule by Wednesday, January 13, 2021.

The United States has contacted counsel for defendant, who are considering their position on the schedule that the United States has proposed above.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

3

By:      /s/
Richard D. Cooke
Joseph Attias
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471

## Certificate of Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

/s/
Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471
richard.cooke@usdoj.gov