# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 7, 2021

_____

RESPONSE REQUESTED

_____

No. 20-15,      US v. Corey Johnson

3:92-cr-00068-DJN-2

TO:    Cory  Johnson

RESPONSE DUE: 01/08/2021 by 11:00 a.m.

Response is required to the motion to expedite stay litigation on or before 01/08/2021 by 11:00 a.m.

Emily Borneisen, Deputy Clerk
804-916-2704