FILED: January 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-15
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

　　Defendant - Appellant

_____

No. 21-2
(3:92-cr-00068-DJN-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

　　Movant

_____

O R D E R

_____

Upon consideration of submissions relative to the government's motion to

expedite stay litigation, the court adopts the following schedule:

In No. 20-15, Defendant Johnson must file any reply by noon on Monday, January 11, 2021.

In No. 21-2, the Government must file its response by noon on Sunday, January 10, 2021, and Defendant Johnson must file any reply by noon on Monday, January 11, 2021.

For the Court

/s/ Patricia S. Connor, Clerk