**EXECUTION SCHEDULED FOR JANUARY 14, 2021, AT 6:00 PM**

No. 20-15

**CAPITAL CASE**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

UNITED STATES OF AMERICA,
**Plaintiff – Appellee,**

**v.**

COREY JOHNSON, A/K/A O, A/K/A CO,,
**Defendant – Appellant.**

No. 21-1

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

UNITED STATES OF AMERICA
**Plaintiff - Appellee,**

**v.**

COREY JOHNSON, A/K/A O, A/K/A CO,
**Defendant - Appellant.**

_____

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
PETITION FOR REHEARING EN BANC OVER WORD LIMIT**

Appellant Corey Johnson, through counsel, respectfully moves this Court for leave to file an Emergency Petition for Rehearing En Banc that exceeds the length limitation in Federal Rule of Appellate Procedure 40(b). Mr. Johnson intends to file a single petition asking the Court for rehearing en banc of his motions for emergency stay of execution filed in dockets 20-15 and 21-1.  Mr. Johnson could file two separate petitions, each of which would comply with the word limit, but in the interests of efficiency seeks to file a single petition that is modestly overlength in order to cover adequately the issues in both dockets, which implicate two distinct federal statutory regimes.  Mr. Johnson's counsel have diligently attempted to present Mr. Johnson's Emergency Petition for Rehearing En Banc in as short and concise a manner as possible while still providing the Court a thorough presentation of the issues.  Presenting Mr. Johnson's case in a shorter manner would sacrifice important information regarding his claims for relief.

The government does not object to this request.

Accordingly, Corey Johnson respectfully requests that the word limit for his petition be increased to 4,191 words.

Dated: January 13, 2021　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ David E. Carney
　　　　　　　　　　　　　　　　Donald P. Salzman
　　　　　　　　　　　　　　　　Jonathan Marcus
　　　　　　　　　　　　　　　　David E. Carney
　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　1440 New York Avenue, NW
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　Telephone: (202) 371-7246
　　　　　　　　　　　　　　　　Fax: (202) 661-8295
　　　　　　　　　　　　　　　　Email: david.carney@skadden.com

　　　　　　　　　　　　　　　　*Counsel for Corey Johnson*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.  I also hereby certify that on the 13th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com