IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,            )
                                     )
            Appellee,                )
                                     )
      v.                             )        No. 20-15
                                     )
COREY JOHNSON,                       )
                                     )
            Appellant.               )

**United States' Response in Opposition
to Defendant's Motion to Stay Execution**

The United States opposes a stay pending Johnson's petition for a writ of

certiorari.  For the reasons that have already been briefed, and are reflected in this

Court's denial of relief, Johnson is unlikely to obtain relief from the Supreme Court.

Indeed, the Supreme Court has recently rejected both certiorari and stay requests in

similar circumstances.  See Gov't Resp. 4-5.  If this particular case were to warrant

a stay for further Supreme Court consideration – which it does not – any such stay

should come from the Supreme Court itself.

1

Date: January 14, 2021                    Respectfully submitted,

                                          G. Zachary Terwilliger
                                          United States Attorney


                              By:    _____/s/_____

                                     Richard D. Cooke
                                     Joseph Attias
                                     Assistant United States Attorneys
                                     919 East Main Street, Suite 1900
                                     Richmond, Virginia 23219
                                     (804) 819-5400

## Certificate of Service and Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27. I also certify that on January 14, 2021, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system and will serve the defendant's counsel in the district court via email.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____

Joseph Attias
Assistant United States Attorney